**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SALVADOR ALVAREZ, | ) | No. CV 07-7233-PSG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN HEDGPETH, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 31, 2011

PHILIP S. GUTIERREZ
United States District Judge